**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CARLA M. KRESS,

       Plaintiff,

                                            Civil Case Number: 06-12344

v.

                                            JUDGE PAUL D. BORMAN
COMMISSIONER OF SOCIAL SECURITY,    MAG. JUDGE MONA K. MAJZOUB
                                            UNITED STATES DISTRICT COURT
       Defendant.
_____ /

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
(DOCK. NO. 13) IN FAVOR OF:
(1) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DOCK. NO. 12);
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DOCK. NO. 7);
AND
(3) REMANDING THE CASE TO THE COMMISSIONER FOR FURTHER
PROCEEDINGS**

      Before the Court is Magistrate Judge Majzoub's Report and Recommendation in favor of: (1) denying Defendant's Motion for Summary Judgment; (2) denying Plaintiff's Motion for Summary Judgment; and (3) remanding the case to the Commissioner for further proceedings. The Report and Recommendation was filed on March 22, 2007. No objections to the Report and Recommendation were filed by the parties. Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation (1) DENYING Defendant's Motion for Summary Judgment; (2) DENYING Plaintiff's Motion for Summary Judgment; and (3) REMANDING the case to the Commissioner for further proceedings consistent with the Report and Recommendation. Specifically, the remand is limited to the

1

ALJ's reassessment of Plaintiff's credibility, as set forth on pages 25-26 of the Magistrate Judge's Report and Recommendation. This includes, per footnote 6, consideration of the statement of Plaintiff's mother.

**SO ORDERED.**

                                                         s/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: April 18, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 18, 2007.

                                                         s/Denise Goodine
                                                         Case Manager